1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

IN RE LISA AUBERT-BROWN,                          CASE NO. CV F 12-1775 LJO

12
                              Debtor,              **ORDER TO SHOW CAUSE WHY ACTION**
13                                                 **SHOULD NOT BE DISMISSED**
     LISA AUBERT-BROWN                             (Doc. 4)
14
                              Appellant,
15
            vs.
16
     MICHAEL MEYER,
17
                              Appellee.
18
     _____/
19
20          The bankruptcy court had provided notice that the record for purposes of appeal is incomplete.

21   As such, this Court ORDERS the parties, no later than December 14, 2012, to file and serve papers to

22   show good cause why this Court should or should not dismiss this action for reasons, including failure

23   to perfect the appeal.  This Court ADMONISHES the parties that this Court will dismiss this action if

24   good cause is not shown for failure to perfect the appeal or if good cause is shown to dismiss and close

25   this action.

26          IT IS SO ORDERED.

27   **Dated:   December 6, 2012**          _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES DISTRICT JUDGE
28

1